IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA, | : | Case No. 19cr38 |
|---|---|---|
| Plaintiff, | : | Judge Walter H. Rice |
| v. | : | |
| TONYA ROSS | : | |
| Defendant. | : | |

ORDER

Upon unanimous consent of the parties, the above captioned case is hereby referred to Magistrate Judge Sharon L. Ovington for all further proceedings herein, including trial, the entry of judgment, and all post-trial proceedings.

March 12, 2019

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE